IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON JONES,

Plaintiff,

v.

CREDIT BUREAU SERVICES, LLC,
CAC FINANCIAL CORP.,
MERCHANTS CREDIT, LLC, and
EQUIFAX INFORMATION SERVICES, LLC

Defendants.

Case No. 23-cv-1773 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs as to Equifax Information Services, LLC, CAC Financial Corp., and Merchants Credit, LLC.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs as to Credit Bureau Services, LLC.

**Dated: 9/27/2023**              MONICA A. STUMP, Clerk of Court

                                                      **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**